IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **CHARLES BLASSINGAME,** | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 5:14-CV-399 (MTT) |
| Warden **CEDRIC TAYLOR,** | ) |
| Respondent. | ) |

## ORDER

Before the Court is the Recommendation of Magistrate Judge Charles H. Weigle. (Doc. 16). The Magistrate Judge recommends granting the Respondent's motion to dismiss the Petitioner's application for writ of habeas corpus as untimely and for failure to exhaust. (Docs. 1, 9). The Magistrate Judge also recommends that the Court deny a certificate of appealability. The Petitioner has objected to the Recommendation. (Doc. 19). Pursuant to 28 U.S.C. § 636(b)(1), the Court has considered the Petitioner's objection and has made a de novo determination of the portions of the Recommendation to which the Petitioner objects.

The Recommendation is **ADOPTED** and made the order of this Court. The Respondent's motion to dismiss is **GRANTED** and the petition is **DISMISSED**. A certificate of appealabilty is **DENIED**.

**SO ORDERED**, this the 13th day of November, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT